No. D–2293. In re Discipline of Wilcox. Dianne E. H. Wilcox, of Moneta, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2294. In re Discipline of Elliott. Forriss Dugas Elliott, of St. Louis, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2295. In re Discipline of Wittenberg. Malcolm Bruce Wittenberg, of Oakland, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2296. In re Discipline of Magnotti. Anthony M. Magnotti, of Staten Island, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2297. In re Discipline of Rodriguez. George Rodriguez, of Bronx, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 01M45. Taylor v. Golden Age Properties et al.; and
No. 01M47. Jefferson v. Missouri Department of Social Services. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01M46. In re Clancy et al. Motion to direct the Clerk to file petition for writ of mandamus and/or prohibition and for other relief denied.